No. 81–605. CITY OF LAFAYETTE *v.* HERNANDEZ. C. A. 5th Cir. Certiorari denied.

No. 81–630. CRYAN, DBA DENTURIST-DENTURE LAB *v.* BOARD OF GOVERNORS OF THE REGISTERED DENTISTS OF OKLAHOMA. Sup. Ct. Okla. Certiorari denied.

No. 81–650. KULIK *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–685. GRIEG *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–701. TAYLOR DIVING & SALVAGE CO., INC., ET AL. *v.* GASPARD. C. A. 5th Cir. Certiorari denied.

No. 81–702. GOLDFIELD DEEP MINES COMPANY OF NEVADA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–721. SCOTT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–722. OGLALA SIOUX TRIBE OF THE PINE RIDGE INDIAN RESERVATION *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–726. CHAGRA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 81–751. MANDELKORN ET AL. *v.* WARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–755. BURLINGTON NORTHERN INC. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.